**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*Lawrence S. Walter*
Lawrence S. Walter
United States Bankruptcy Judge

**Dated: December 09, 2009**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

IN RE:                          *
                                *     CASE NO.  09-30424
DANIEL R. HILL                  *     (Chapter 13)
LISA M. HILL                    *     (Judge Lawrence S. Walter)
1116 Green Tree Drive           *
Centerville, Ohio  45458        *     **AGREED ORDER GRANTING**
                                *     **RELIEF FROM STAY**
         Debtor                 *

Upon agreement of counsel for the Debtors, counsel for Creditor Community

National Bank ("Community"), and the Chapter 13 Trustee, and it further appearing to the

Court that Community holds valid and subsisting mortgages on the real property commonly

known as 479 North Main Street, Springboro, Ohio  45066 (the "Real Estate"), and further

that the Real Estate is titled in the name of L&L Plumbing, Inc., aka L&L Systems, Inc., an

Ohio corporation wholly owned by the Debtors, and that the Real Estate is the subject of a

pending foreclosure action in Warren County Common Pleas Court wherein a Receiver has

been appointed to manage and market and sell the Real Estate, and that the Receiver

wishes to close on the sale of the Real Estate with the consent of the Debtors, and further

that the liens on the Real Estate exceed the sale price, and further for good cause shown, it

is hereby

ORDERED that Community and/or the Receiver(s) appointed in Case No. 08-CV-

71878, Warren County Common Pleas Court, be granted relief from the automatic stay with

regard to the Real Estate so the Receiver(s) may complete and close the sale of the Real

Estate.

IT IS SO ORDERED.

/s/ Ira H. Thomsen
Ira H. Thomsen (0023965)
Case Attorney for Creditor
Community National Bank
140 North Main Street, Suite A
P.O. Box 639
Springboro, Ohio  45066
937-748-5001
937-748-5003 (fax)
cornell76@aol.com

per facsimile authorization
/s/ David E. Larson
David E. Larson (0016602)
Altick & Corwin Co., L.P.A.
Attorneys for Debtor
1700 One Dayton Centre
One South Main Street
Dayton, Ohio  45402
937-223-1201
937-223-5100 Fax)
larsond@altickcorwin.com

per email authorization (12-7-2009)

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner (0022205)
Chapter 13 Trustee
131 North Ludlow Street, Suite 900
Dayton, Ohio  45402
937-222-7600
937-222-7383
chapter13@dayton13.com


Copies To:

David E. Larson
Altick & Corwin Co., L.P.A.
1700 One Dayton Centre
One South Main Street
Dayton, Ohio  45402

Jeffrey M. Kellner
Chapter 13 Trustee
131 North Ludlow Street, Suite 900
Dayton, Ohio  45402

Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, Ohio  43215

Daniel R. Hill
1116 Green Tree Drive
Centerville, Ohio  45458

Lisa M. Hill
1116 Green Tree Drive
Centerville, Ohio  45458

Ira H. Thomsen
Attorney at Law
140 North Main Street, Suite A
P.O. Box 639
Springboro, Ohio  45066


/s/ Ira H. Thomsen
Ira H. Thomsen
Attorney for Creditor
Community National Bank

###